# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCOTT SIGLE, | No. 2:24-cv-0007 DC CKD P |
| Plaintiff, | |
| v. | |
| SACRAMENTO COUNTY, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

John Scott Sigle, a necessary and material witness in a settlement conference in this case on September 26, 2025, is detained in Coalinga State Hospital (CSH), in the custody of the Executive Director. In order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Sean C. Riordan, by Zoom video conference from his place of detention, on Friday, September 26, 2025 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the detainee named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Coalinga State Hospital at (559) 935-4308 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Shelly Her, Courtroom Deputy, at sher@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director, CSH, P. O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to testify before Judge Riordan at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

/////

/////

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

Dated:  September 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE